**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Other Attorneys on Signature Page]

*Attorneys for Plaintiffs*,
Diane Heggen and Laila Thompson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANE HEGGEN and LAILA THOMPSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; and, DOES 1-20, INCLUSIVE,**<br><br>Defendants. | Case No.: 13-CV-00021-MWF-PLA<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF PLAINTIFF DIANE HEGGEN'S INDIVIDUAL CLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>**Place**: 1600<br>**Judge**: Hon. Michael W. Fitzgerald |

Plaintiff DIANE HEGGEN ("Ms. Heggen") hereby moves to dismiss her individual claims only in the above-captioned action against Defendants CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; and Does 1-20, Inclusive, without prejudice, pursuant to Fed. R. Civ. P. 41(a).

Therefore, Ms. Heggen respectfully requests that her individual claims only,

---

**NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF PLAINTIFF DIANE HEGGEN'S INDIVIDUAL CLAIMS WITHOUT PREJUDICE; CASE NO. 13-CV-0021-MWF-PLA** Page 1

and not the individual claims of Plaintiff Laila Thompson[1] or the claims of the putative class members, be dismissed WITHOUT PREJUDICE.

Dated: April 16, 2013             Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

BY: /s/ ABBAS KAZEROUNIAN
ABBAS KAZEROUNIAN, ESQ.
ATTORNEYS FOR PLAINTIFFS

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
ATTORNEYS FOR PLAINTIFFS

---

[1] Laila Thompson was added as a Plaintiff in this action through the Second Amended Complaint [ECF No. 11].