**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
2700 N. Main Street, Suite 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Other Attorneys on Signature Page]

*Attorneys for Plaintiff,*
Laila Thompson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANE HEGGEN; and LAILA THOMPSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A., and DOES 1-20, INCLUSIVE,**<br><br>Defendants. | **Case No.: 13-CV-00021-MWF-PLA**<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3)**<br><br>**Date:** January 20, 2014<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 1600<br>**Judge**: Hon. Michael W. Fitzgerald |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 20, 2014, at 10:00 a.m., before the United States District Court, Central District of California, Courtroom 1600, 312 North Spring Street, Los Angeles, CA 90012-4701, Plaintiff LAILA THOMPSON ("Plaintiff") will move this Court for an order granting Plaintiff's Motion for Class Certification against CITIBANK, N.A. ("Defendant") pursuant to Fed. R. Civ. P. 23(b)(2) and (b)(3) concerning violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq*.

Plaintiff will move the Court to certify a 47 U.S.C. § 227(b)(1)(A)(iii) class consisting of:

> All persons within the United States who received any telephone call/s from Defendant or its agent/s and/or employee/s to said person's cellular telephone made through the use of any automatic telephone dialing system or with an artificial or prerecorded voice within the four years prior to the filling of the Complaint.

Plaintiff will also move the Court for appointment of Plaintiff as Class Representative, and for appointment of Plaintiff's attorneys as Class Counsel.

This Motion is made pursuant to the Fed. R. Civ. P. 23(b)(2) and (b)(3), a hybrid class action, on the grounds that the Rule 23 prerequisites are satisfied. This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declarations and exhibits thereto, the Third Amended Complaint, all other pleadings and papers on file in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter.

///
///
///
///
///

Kazerouni Law Group, APC
Santa Ana, California

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3);
CASE NO.: 13-CV-00021-MWF-PLA                     1

Plaintiff files the Motion for Class Certification at this time in order to procedurally preserve Plaintiff's rights pursuant to the decision in *Genesis Healthcare Corp. v. Symczyk*, 133 S. Ct. 1523 (U.S. 2013), although Plaintiff disagrees that the *Genesis* decision applies to class actions pursuant to Fed. R. Civ. P. 23.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: August 2, 2013                    By: /s/ Abbas Kazerounian
                                               Abbas Kazerounian
                                               *Attorney for Plaintiffs*

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Attorneys for Plaintiff*

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
*Attorneys for Plaintiff*