**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA THOMPSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., AND DOES 1-20, INCLUSIVE,<br><br>Defendant. | CASE NO. 13-CV-00021-MWF-PLA<br><br>CLASS ACTION<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

Plaintiff LAILA THOMPSON ("Plaintiff") and Defendant CITIBANK, N.A. ("Defendant") (jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members' claims.

Therefore, the Parties agree that this Court may proceed to dismiss this action entirely with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members' claims.

Dated: May 29, 2014          **KAZEROUNI LAW GROUP, APC**

   /s/ Abbas Kazerounian_____
Abbas Kazerounian
Attorney for Plaintiff


Dated: May 29, 2014          **STROOCK & STROOCK & LAVAN LLP**

   /s/ Arjun P. Rao\_\_\_\_\_
Arjun P. Rao
Attorney for Defendant


### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Arjun P. Rao, counsel for Defendant, and that I have obtained Mr. Silverman's authorization to affix his electronic signature to this document.

Dated: May 29, 2014          **KAZEROUNI LAW GROUP, APC**

   /s/ Abbas Kazerounian_____
Abbas Kazerounian
Attorney for Plaintiff