JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA THOMPSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., AND DOES 1-20, INCLUSIVE,<br><br>Defendant. | CASE NO. 13-CV-00021-MWF-PLA<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

The Court, having received a Joint Stipulation To Dismiss Plaintiff's Individual Claims With Prejudice and The Putative Class Claims Without Prejudice, and good cause appearing therefor, ORDERS that this case is dismissed in its entirety WITH prejudice as to Plaintiff's individual claims and WITHOUT prejudice as to the putative class members' claims.

Dated: May 30, 2014

*/s/ Michael W. Fitzgerald*

Honorable Michael W. Fitzgerald
United States District Judge